IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00107 |
| v. : | |
| : | Judge William W. Caldwell |
| BRUCE WARD : | |
| : | (Electronically Filed) |

## MOTION TO CONTINUE SUPERVISED
## RELEASE VIOLATION HEARING

AND NOW comes the defendant, Bruce Ward, through his attorney, Thomas A. Thornton, Assistant Federal Public Defender and files this Motion to Continue Supervised Release Violation Hearing and in support thereof the following is averred:

1. On December 6, 2004, Bruce Ward had an initial appearance before Magistrate Judge J. Andrew Smyser.

2. Mr. Ward waived his probable cause hearing and was released on an unsecured bond.

3. A hearing in this matter is scheduled for December 10, 2004.

4. Counsel for Mr. Ward is scheduled to chaperone a fifth grade school field trip to Philadelphia on that date.

5. Counsel for the government, James Clancy, Esquire concurs in the granting of

a continuance but notes that he is unavailable on December 13 and 14, 2004.

WHEREFORE, Bruce Ward respectfully requests that this matter be scheduled for any day other than December 10, 13 or 14, 2004.

Respectfully submitted,

Date:   December 7, 2004         /s/ Thomas A. Thornton
                                 THOMAS A. THORNTON, ESQUIRE
                                 Asst. Federal Public Defender
                                 Attorney ID #PA44208
                                 100 Chestnut Street, Suite 306
                                 Harrisburg, PA 17101
                                 Tel. No.: (717) 782-2237
                                 Fax No.: (717) 782-3881
                                 E-mail:  thomas_thornton@fd.org
                                 Attorney for Bruce Ward

# **CERTIFICATE OF SERVICE**

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the **MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING,** via Electronic Case Filing, or by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> James Clancy, Esquire
> United States Attorney's Office
> Federal Building, Room 217
> 228 Walnut Street
> Harrisburg, PA   17108
> E-mail: james.clancy@usdoj.org
>
> Bruce Ward
> 1110 Rana Villa Avenue
> Camp Hill, PA   17011

Date:   December 7, 2004      /s/ Thomas A. Thornton
THOMAS A. THORNTON, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No.: (717) 782-2237
Fax No.: (717) 782-3881
E-mail:  thomas_thornton@fd.org
Attorney for Bruce Ward