IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00107 |
| v. : | |
| : | Judge William W. Caldwell |
| BRUCE WARD : | |
| : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on December 6, 2004, Assistant United States Attorney, James Clancy concurs in the foregoing motion.


Date:  December 7, 2004         /s/ Thomas A. Thornton
                                THOMAS A. THORNTON, ESQUIRE
                                Asst. Federal Public Defender
                                Attorney ID #PA44208
                                100 Chestnut Street, Suite 306
                                Harrisburg, PA 17101
                                Tel. No.: (717) 782-2237
                                Fax No.: (717) 782-3881
                                E-mail:  thomas_thornton@fd.org
                                Attorney for Bruce Ward