IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   Criminal No. 1:01-CR-107 |
| v. | : |
| | :   Judge William W. Caldwell |
| BRUCE WARD | : |
| | :   (Electronically filed) |

## ORDER OF COURT

AND NOW this _____ day of December, 2004, after consideration of the within Motion to Continue Supervised Release Hearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** The Supervised Release Hearing shall be rescheduled from December 10, 2004 to _____, in Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

BY THE COURT:

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT COURT JUDGE