IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    :  Criminal No. 1:01-CR-107

    v.    :

    :  Judge William W. Caldwell

BRUCE WARD    :

    :  (Electronically filed)

## ORDER OF COURT

AND NOW this  7th day of December,  2004, after consideration of the within Motion to Continue Supervised Release Hearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**   The Supervised Release Hearing shall be rescheduled from December 10, 2004 to Wednesday, December 15, 2004, at 9:30 am,  in Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

BY THE COURT:

  /s/William W. Caldwell
WILLIAM W. CALDWELL
UNITED STATES DISTRICT COURT JUDGE