```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,       :
         Plaintiff
                                :

     vs.                        :  CRIMINAL NO. 1:CR-01-107

                                :
BRUCE WARD,
         Defendant              :
```

*O R D E R*

AND NOW, this 9th day of December, 2004, it is Ordered that the hearing on violation of supervised release in this case is continued to December 17, 2004 at 9:30 a.m., in Courtroom No. 1, ninth floor, 228 Walnut Street, Harrisburg, PA.

                              s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge