IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
      Plaintiff

vs.

BRUCE P. WARD,
      Defendant

Criminal No. 01-00107-01

## ORDER

AND NOW, this 17th day of December, 2004, upon a finding that the defendant, Bruce P. Ward, is financially unable to obtain counsel, IT IS ORDERED that Lori Ulrich, Federal Public Defender, Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

_____
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

DEC 17 2004

MARY E. D'ANDREA, CLERK
Deputy Clerk