AO    (8/96) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __PENNSYLVANIA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| BRUCE P. WARD | (For Offenses Committed On or After November 1, 1987) |

Case Number:    1:CR-01-00107-001

Thomas A. Thornton, FPD
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) _____ the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #2 | Defendant shall report to the probation officer & shall submit a truthful & complete Monthly Supervision Reports. | 09/04 & 10/04 |
| Special Condition #1 | Defendant shall participate in mental health evaluation & treatment as directed by the probation officer. | 10/05/2004 |

    The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. | 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 |
| Defendant's Date of | 10/08/1974 |
| Defendant's USM No.: | 10633-067 |

Defendant's Residence Address:
1110 Rana Villa Avenue
Camp Hill, PA 17011

Defendant's Mailing Address:
1110 Rana Villa Avenue
Camp Hill, PA 17011

December 17, 2004
Date of Imposition of Judgment

_/s/ William W. Caldwell_
Signature of Judicial Officer

William W. Caldwell, United States District Judge
Name and Title of Judicial Officer

December 17, 2004
Date

**FILED**
HARRISBURG PA
DEC 17 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Judgment — Page __2__ of _____

DEFENDANT: **Bruce P. Ward**
CASE NUMBER: **1:CR-01-00107-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____**9 months**_____ .

The court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **01/10/2005** .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal