UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

vs.

Bruce P. Ward

Dkt. No. 1:CR- 01-00107-001

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. 3143, hereby finds by clear and convincing evidence that Bruce P. Ward the defendant, is not likely to flee or pose a danger to the safety of any other person or the community if released pursuant to Section 3142(b) or (c). The Court hereby orders that the defendant, having been sentenced in the above case to the custody of the Attorney General, shall surrender himself to the Attorney General at 1:00 P.M. on Jun 10 2005 by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant shall contact the U.S. Marshal's Office no later than three days prior to the above date, to be notified of the place of confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

_William W. Caldwell_  12/17/04
(Judge)                  (Date)

Acknowledgment:
I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an order of detention, and a prosecution for contempt of court which is punishable by imprisonment, a fine, or both.

_____    _____
(Defense Counsel)              (Defendant)

FILED
HARRISBURG, PA
DEC 17 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk