IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00107 |
| v. : | |
| : | Judge William W. Caldwell |
| BRUCE WARD : | |
| : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on January 7, 2005, Assistant United States Attorney, James Clancy concurs in the foregoing motion.


Date:  January 7, 2005           /s/ Thomas A. Thornton
                                 THOMAS A. THORNTON, ESQUIRE
                                 Asst. Federal Public Defender
                                 Attorney ID #PA44208
                                 100 Chestnut Street, Suite 306
                                 Harrisburg, PA 17101
                                 Tel. No.: (717) 782-2237
                                 Fax No.: (717) 782-3881
                                 (thomas_thornton@fd.org)
                                 *Attorney for Bruce Ward*