IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-107 |
| v. : | |
| : | Judge William W. Caldwell |
| BRUCE WARD : | |
| : | (Electronically filed) |

## ORDER OF COURT

AND NOW this 10th day of January, 2005, after consideration of the within Motion to Extend Voluntary Surrender Date, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** Bruce Ward shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m., on Monday, January 24, 2005.

BY THE COURT:

/s/William W. Caldwell
WILLIAM W. CALDWELL
UNITED STATES DISTRICT COURT JUDGE