AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:CR-01-00107-001 |
| Bruce Ward | Judge William W. Caldwell |



To: The United States Marshal
   and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  Bruce Ward

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X Supervised Release Violation Petition**

charging him with violating conditions of supervision.

in violation of Title **18**  United States Code, Section(s) **USC 3583**

| Ann Severino-Michael | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Ann Severino Michael | Harrisburg, PA |
| Signature of Issuing Officer or Deputy Clerk | Date and Location |

Bail fixed at $ _____   by _____
                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  1110 Ken___ville Ave, Camp Hill, PA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

| DATE OF ARREST | | |
|---|---|---|
| 12/3/04 | Brad Reiff  DUSM | *[signature]* |